DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES H. CHANEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1119

[July 13, 2023]

Appeal from order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert Meadows, Judge; L.T. Case No. 312007CF001020A.

James H. Chaney, Lowell, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***